**RU LIAN, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60589.

United States Court of Appeals, Fifth Circuit.

June 8, 2009.

Ru Lian, New York, NY, pro se.

Ernesto Horacio Molina, Jr., Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, E M. Trominski, District Director, U.S. Immigration and Naturalization Service, Harlingen, TX for Respondent.

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

After briefing was complete in this matter, the Supreme Court decided *Negusie v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Holder,* —— U.S. ——, 129 S.Ct. 1159, 173 L.Ed.2d 20 (2009). The Court remanded to the Board of Immigration Appeals the issue of whether there is a duress defense to the "persecutor bar" to asylum. Because Ru Lian's right to consideration for asylum may be impacted by *Negusie,* we GRANT the petition for review, VACATE the BIA's decision, and REMAND. The BIA should reconsider Ru Lian's claims in light of its eventual decision in *Negusie* and make such further disposition of the case as that determination requires.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.